UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA :
:
    -against- :     ORDER
:
:
Maurice Patterson :     10CR94-01 (JSR)
:     Docket #
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-12-19

__Hon. Jed S. Rakoff, U.S.D.J.__, DISTRICT JUDGE:
         Judge's Name

The C.J.A. attorney assigned to this case

__Donna Newman_____ is hereby ordered substituted
       Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to __Rita Glavin_____, NUNC-PRO-TUNC _____.

                          Attorney's Name

                              SO ORDERED.

                              _____
                              UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         7-12-19